WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 9095
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
Telephone: (702) 385-3300
Facsimile: (702) 385-3823
Email: wbrenske@hotmail.com
*Attorneys for Plaintiff,*
*Julie Lane f/k/a Julie Trygar*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LANE f/k/a JULIE TRYGAR, | Case No.: 2:17-cv-02464-RFB-CWH |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF METLIFE AUTO & HOME INSURANCE AGENCY, INC. ONLY WITHOUT PREJUDICE** |
| v. | |
| METLIFE AUTO & HOME INSURANCE AGENCY, INC.; METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY; DOES 1 - 15; | |
| Defendants. | |

**WHEREAS,** Defendant MetLife Auto & Home Insurance Agency, Inc. has not answered or otherwise appeared in this action, and is believed to not be a proper party to the action;

**NOW THEREFORE,** Plaintiff Julie Lane f/k/a Julie Trygar, by and through her attorneys of record, Brenske & Andreevski, and Defendant Metropolitan Group Property & Casualty Insurance Company, by and through its attorneys of record, Keating Law Group, have entered into the following stipulation.

/ / /

/ / /

/ / /

# STIPULATION

Julie Lane f/k/a Julie Trygar and Metropolitan Group Property & Casualty Insurance Company, stipulate to dismissal of MetLife Auto & Home Insurance Agency, Inc. **ONLY** without prejudice in the above-captioned action. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Defendant MetLife Auto & Home Insurance Agency, Inc. should be dismissed from this action. This Stipulation in no way affects Julie Lane f/k/a Julie Trygar's claims against Metropolitan Group Property & Casualty Insurance Company.

DATED this 17th day of October, 2017.

**BRENSKE & ANDREEVSKI**

WILLIAM R. BRENSKE, ESQ.
Nevada Bar No. 1806
JENNIFER R. ANDREEVSKI, ESQ.
Nevada Bar No. 9095
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
*Attorneys for Plaintiff,*
*Julie Lane f/k/a Julie Trygar*

DATED this 17th day of October, 2017.

#12575

JOHN T. KEATING, ESQ.
Nevada Bar No. 6373
KEATING LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, Nevaa 89148
*Attorneys for Defendant,*
*Metropolitan Group Property &*
*Casualty Insurance Company*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this 20th day of October, 2017.

Page 2 of 3

**CERTIFICATE OF SERVICE** *(Electronic Filing)*

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of Brenske & Andreevski and that on this _____ day of October, 2017 I electronically filed and served a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL OF METLIFE AUTO & HOME INSURANCE AGENCY, INC. <u>ONLY</u> WITHOUT PREJUDICE** to all parties on file with the CM/ECF.

John T. Keating
KEATING LAW GROUP
9130 West Russell Road, Suite 200
Las Vegas, Nevaa 89148
*Attorneys for Defendant,*
*Metropolitan Group Property &*
*Casualty Insurance Company*
***Facsimile No.: 702-228-0443***

_____
An employee of the law office of
Brenske & Andreevski