JOHN T. KEATING
Nevada Bar No.: 6373
K E A T I N G LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorneys for Defendant
*Metropolitan Group Property
& Casualty Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JULIE LANE F/k/a JULIE TRYGAR,<br><br>Plaintiff,<br><br>vs.<br><br>METLIFE AUTO & HOME INSURANCE AGENCY, INC.; METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY, DOES 1-15;<br><br>Defendants. | CASE NO.: 2:17-cv-02464<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff JULIE LANE f/k/a JULIE TRYGAR and Defendant METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY, by and through their respective counsel, that Plaintiff JULIE LANE f/k/a JULIE TRYGAR's action against Defendant METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

1

There has been no trial date set in this case.

DATED this 14 day of December, 2017. DATED this 14th day of December, 2017.

KEATING LAW GROUP

/s/ John T. Keating
_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant
*Metropolitan Group Property & Casualty Insurance Company*

BRENSKE & ANDREEVSKI

/s/ William R. Brenske
_____
WILLIAM R. BRENSKE, ESQ.
Nevada Bar No.: 1806
3800 Howard Hughes Pkwy, Ste. 500
Las Vegas NV 89169
Attorney for Plaintiff
*Julie Lane f/k/a Julie Trygar*

## ORDER

IT IS SO ORDERED that Plaintiff JULIE LANE f/k/a JULIE TRYGAR's action against Defendant METROPOLITAN GROUP PROPERTY & CASUALTY INSURANCE COMPANY and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 18th day of December, 2017.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

KEATING LAW GROUP

/s/ John T. Keating
_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant